UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XIOMARA CARLO,<br>　　　PLAINTIFF,<br>v.<br>CIA, et al.,<br>　　　Defendants. | Case No. 2:24-cv-02231-NJK<br>**Order** |

Plaintiff is proceeding in this action *pro se* and submitted documents. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

3. Plaintiff must comply with this order no later than January 10, 2025. Failure to comply may result in dismissal.

IT IS SO ORDERED.

Dated: December 9, 2024.

_____
Nancy J. Koppe
United States Magistrate Judge