UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XIOMARA CARLO,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CIA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-02231-MMD-NJK<br><br>ORDER |

  Before the Court is the Report and Recommendation ("R&R") of Judge Nancy J. Koppe (ECF No. 7), recommending the Court dismiss this case without prejudice because Plaintiff failed to comply with the Court's order to pay the filing fee or file an application to proceed *in forma pauperis* ("Application"). As Judge Koppe noted in the R&R, Plaintiff failed to do either when she initiated this action and then failed to comply with the Court's order to show cause as to why this action should not be dismissed for her failure to pay the filing fee or submit the Application. Plaintiff filed duplicate objections to the R&R.[1] (ECF Nos. 10, 11.) However, Plaintiff does not address the reasons why she failed to pay the filing fee or why she has not submitted the Application. Accordingly, the Court overrules Plaintiff's objections and will adopt the R&R.

  It is therefore ordered that Judge Koppe's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

  It is further ordered that this case is dismissed without prejudice.

///

///

---

[1] Because Plaintiff objects to the R&R, the Court reviews Judge Koppe's recommendations de novo. *See* 28 U.S.C. § 636(b)(1) (Where a party timely objects to a magistrate judge's report and recommendation, the Court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made.").

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 24th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE